# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDERSON JOSE COUTINHO-SILVA | : | No. 10-002 |

## ORDER

**AND NOW**, this 15th day of August, 2022, upon consideration of Anderson Jose Coutinho-Silva's Motions for Compassionate Release (Doc. Nos. 46, 63, 71, 74, 75) and the Government's Response in Opposition (Doc. No. 66), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Coutinho-Silva's Motions for Compassionate Release (Doc. Nos. 46, 63, 71, 74, 75) are **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1